JOHN R. THOMAS, Respondent, *v.* LOUIS P. ROGERS, Appellant.

(Argued March 13, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made at the March term, 1887, which modified, and affirmed as modified, a judgment in favor of plaintiff entered upon the report of a referee.

*Donald McNaughton* for appellant.

*James Breck Perkins* for respondent.

Agree to affirm ; no opinion.
All concur except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.

---

GEORGE CHAMBERLIN et al., Appellants, *v.* GEORGE VAN CAMPEN et al., Respondents.

(Argued March 13, 1890; decided April 15, 1890.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made February 11, 1890, which reversed a judgment in favor of plaintiff entered upon a verdict and granted a new trial.

This action was brought to recover damages for an alleged breach of warranty on sale of certain machinery. Defendants claimed the warranty, and claimed the contract was reduced to writing. The writing was in the form of a bill of sale, signed by defendants. Plaintiffs claimed that the contract was entirely oral. The court here held that the question was, under the evidence, one of fact for the jury, and was properly submitted to them.

*J. H. Waring* for appellants.

*C. S. Cary* for respondents.

PARKER, J., reads for reversal of order of General Term, and for affirmance of judgment.

All concur except BRADLEY and HAIGHT, JJ., not sitting.
Order reversed and judgment affirmed.